UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL M. KRUSE, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC, formerly known as CENTRAL CREDIT SERVICES, LLC,<br><br>Defendant. | Case No. 5:19-cv-00909-JAK-SP<br><br>**ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE (DKT. 20)**<br><br>**JS-6** |

Plaintiff, Jill M. Kruse, and Defendant, Radius Global Solutions, LLC, acting through counsel, has filed with this Court their Stipulation for Dismissal Without Prejudice (the "Stipulation). Upon review of the Stipulation, the Court **GRANTS** the

1

Stipulation. Accordingly, this action against Radius Global Solutions, LLC is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: November 20, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE