UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL M. KRUSE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RADIUS GLOBAL SOLUTIONS, LLC, FORMERLY KNOWN AS CENTRAL CREDIT SERVICES, LLC,<br><br>Defendant. | Case No.: 19-cv-00909-JAK-SP<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE**<br><br>**JS-6** |

The parties have filed a stipulation seeking a dismissal of this action (the "Stipulation"). The Court finds good cause to **GRANT** the Stipulation. Accordingly, this action is dismissed in its entirety with prejudice. Each party is to bear its own costs and fees.

IT IS SO ORDERED.

Dated: January 3, 2020   _____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE